IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WAYNE A. BESTER**                                                                         **PLAINTIFF**

v.                                                      **CAUSE NO. 1:11CV174-LG-RHW**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on Report and Recommendation [14] entered by United States Magistrate Judge Robert H. Walker on April 4, 2012, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [14] entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion to Dismiss for Lack of Jurisdiction [8] filed by the Commissioner of Social Security is **GRANTED**.  This lawsuit is hereby **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED** this the 7th day of June, 2012.

                                                                          s/ *Louis Guirola, Jr.*
                                                                          LOUIS GUIROLA, JR.
                                                                          CHIEF U.S. DISTRICT JUDGE